United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Kay Noble, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 18-22629-Civ-Scola |
| Royal Caribbean Cruises Ltd., and others, Defendants. | ) ) |

### Order Of Dismissal as to Defendant XYZ Corp.

The Plaintiff failed to timely serve Defendant XYZ Corp(s) in this case. The Plaintiff filed her Complaint on June 29, 2018, and was responsible for serving the XYZ Corp(s) with a summons and complaint by September 27, 2018. Fed. R. Civ. P. 4(c)(1); Fed. R. Civ. P. 4(m). Previously, the Court notified the Plaintiff, in keeping with Rule 4(m), that the Court would dismiss this Counts IV and VII without prejudice unless, by April 1, 2019, the Plaintiff established that she served XYZ Corp(s) timely or that good cause existed for her failure to timely serve the XYZ Corp(s). She did neither.

Consequently, the Court **dismisses** Counts IV and VII without prejudice.

**Done and ordered** at Miami, Florida, on April 2, 2019.

Robert N. Scola, Jr.
United States District Judge